JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| Dorothy L. Cole,<br><br>    Plaintiff,<br><br>v.<br><br>Lynwood Unified School District, a Public Entity; and DOES 1 through 10, Inclusive;<br><br>    Defendants. | Case No: CV 13-08658-GW (RZx)<br>(Complaint filed on November 22, 2013)<br>Assigned to Judge George H. Wu<br><br>DATE:    March 26, 2015<br>TIME:    8:30 a.m.<br>CTRM.:    10<br><br>**JUDGMENT UPON GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S ENTIRE ACTION**<br><br>Trial Date: April 28, 2015<br>Pre-Trial Conf.: April 16, 2015 |

## **JUDGMENT**

This action, having come on for hearing on March 26, 2015, on a Motion for Summary Judgment by Defendant LYNWOOD UNIFIED SCHOOL DISTRICT, before Hon. George H. Wu, Judge of the United States District Court, Central District of California, and after full consideration of all moving and opposing papers, the evidence presented, and the oral arguments of counsel for all parties, and the Motion for Summary Judgment being duly Granted as to the entire action of Plaintiff DOROTHY COLE, IT IS HEREBY ORDERED AND ADJUDGED that:

-1-

1. Judgment is entered in favor of Defendant LYNWOOD UNIFIED SCHOOL DISTRICT and against Plaintiff DOROTHY COLE, as to the entire action;
2. That the action is dismissed on its merits; and,
3. That Defendant LYNWOOD UNIFIED SCHOOL DISTRICT shall recover their costs of suit.

**IT IS SO ORDERED.**

DATED: April 3, 2015

GEORGE H. WU, U.S. DISTRICT JUDGE